IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
SEP 29 2017
Clerk, US District Court
District of Montana - Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KYLE EDWARD LESTER,<br><br>Defendant. | CR 13-76-BLG-SPW<br><br>ORDER |

Upon the Defendant's Motion for Early Termination of Supervision (Doc. 94), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Kyle Edward Lester's supervision is terminated as of the date of this Order.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

DATED this 29th day of September, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge